**BRESLIN AND BRESLIN, P.A.**
Kevin C. Corriston, Esq. (ID 041251988)
41 Main Street
Hackensack, New Jersey 07601
(201) 342-4014
Attorneys for Defendant, K.S.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| COURTNEY TAMAGNY, *Plaintiff,* vs. DIVISION OF CHILD PROTECTION AND PERMANENCY, NEW JERSEY DEPARTMENT OF CHILD AND FAMILIES, et al, *Defendants.* | Civil Action No. 2:25-cv-00732-SDW-CLW<br><br>DEFENDANT, K.S.'s NOTICE OF MOTION TO PROCEED PSEUDONYMOUSLY |
|---|---|

**PLEASE TAKE NOTICE** that, on such time and place as to be set by the Court, Defendant, K.S., through his attorneys, Breslin and Breslin P.A., Kevin C. Corriston, Esq. appearing therein, will move this Court, before the Honorable Susan D. Wigenton, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for the entry of an Order for said Defendant to proceed pseudonymously and further to redact Defendant's name in the Complaint, Exhibits and any other filings prior to the entry of the Order.

**PLEASE TAKE FURTHER NOTICE** that Defendant, K.S., shall rely upon the attached Letter Memorandum in support of the within Notice of Motion, Certification of Kevin C. Corriston, Esq. and attachments, and all other supporting papers as set forth in the Certificate of Service.

LAW OFFICES
BRESLIN AND BRESLIN, P.A.
41 MAIN STREET
HACKENSACK, N.J. 07601

**PLEASE TAKE FURTHER NOTICE** that, if opposed, oral argument is requested in this matter.

BRESLIN AND BRESLIN, P.A.
Attorney for Defendant, K.S.

By: ______________________________

Dated: February 19, 2025

Kevin C. Corriston, Esq.
Breslin and Breslin, P.A.
41 Main Street
Hackensack, NJ 07601
Tel: 201.342.4014
Fax: 201.342.0068
Email: Kcorriston@breslinandbreslin.com

LAW OFFICES
BRESLIN AND BRESLIN, P.A.
41 MAIN STREET
HACKENSACK, N.J. 07601