# HERBERT & WEISS, L.L.P.
## ATTORNEYS AT LAW

Hélène C. Herbert, Esq. ● Helayne M. Weiss, Esq.

162 Engle Street
Englewood, NJ 07631

201-440-6300
Fax: 201-440-6304
www.HerbertandWeiss.com

February 28, 2025

VIA JEDS & EMAIL
Honorable Susan D. Wigenton, U.J.S.C.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:  Tamagny v. New Jersey Division of Child Protectin and Permanency, et al
Civil Action No. 2:25-cv-00732-SDW-CLW**

Dear Judge Wigenton:

As Your Honor is aware, this office represents Defendant J.T., in the above-referenced action.

I submit this communication to advise the Court that Defendant, J.T., consents and joins in the Notice of Motion to Proceed Pseudonymously filed by Defendant K.S., filed on February 19, 2025.

Respectfully submitted,
HERBERT & WEISS, L.L.P.

Hélène C. Herbert, Esq.
HCH/ll

cc:    J.T. (via email)
       All Counsel of Records via eFiling