LAW OFFICES OF
## RUTA, SOULIOS & STRATIS LLP
COUNSELORS AT LAW

_____

**10-04 RIVER ROAD**
**FAIR LAWN, NEW JERSEY 07410**

**(201) 794-6200**
**FACSIMILE (201) 794-6300**
**WWW.LAWNYNJ.COM**

JOSEPH A. RUTA
Member NY and NJ Bars

STEVEN A. SOULIOS
Member NY and NJ Bars

DEMETRIOS K. STRATIS
Member of NJ, PA, DC,
and US Supreme Court Bars

_____

OF COUNSEL:
    MITCHELL LAPIDUS
    TING REISS
    DAVID ENGELDHARDT

OTHER OFFICES LOCATED AT:

211 EAST 43RD ST.
24TH FLOOR
NEW YORK, NY 10017

101 TOWN CENTER DRIVE
SUITE 111
WARREN, NJ 07059
(908) 769-4250

VIA ECF

March 7, 2025

Honorable Magistrate Judge Cathy L. Waldor
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Tamagny v DCPP et al
      Civil Action No. 2:25-cv-0732

Dear Judge Waldor:

Please be advised that this office represents the Plaintiff in the above matter. The Defendants Tamagny and Slevin filed a Motion to Proceed via Pseudonym returnable March 17, 2025. Defendants DCPP and Bergen County Prosecutor's Office, DCF, Holota, and Beyer entered their appearance on February 24, 2025. All Defendants were granted an extension of time to file a responsive pleading. I am requesting an adjournment of the Motion to Proceed via Pseudonym in order to memorialize my opposition as the Defendants application does not satisfy the criteria established by our Courts to proceed via pseudonym. As such, I intend to oppose the application and would like an opportunity to do and as such, request that the Motion be adjourned one Motion cycle. This is Plaintiff's first request to adjourn this application.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Demetrios K. Stratis*

Demetrios K. Stratis
DKS:dp

CC:   All counsel of record, via eFile