**BRESLIN AND BRESLIN, P.A.**
Kevin C. Corriston, Esq. (ID 041251988)
41 Main Street
Hackensack, New Jersey 07601
(201) 342-4014
Attorneys for Defendant, K.S.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY TAMAGNY, *Plaintiff,* vs. DIVISION OF CHILD PROTECTION AND PERMANENCY, NEW JERSEY DEPARTMENT OF CHILD AND FAMILIES, et al, *Defendants.* | Civil Action No. 2:25-cv-00732-SDW-CLW  CERTIFICATION OF SERVICE |

I, Kevin C. Corriston, of full age, hereby certify as follows:

1. I am a partner with the Breslin and Breslin, P.A., attorney for Defendant, K.S.

2. On April 2, 2025, I caused to be served, via ECF, an Answer to the Amended Verified Complaint, Affirmative Defenses and Counterclaim and this Certification of Service on all counsel of record.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am aware that is any of the foregoing statements made by me are willfully false, I am subject to punishment.

BRESLIN AND BRESLIN, P.A.
Attorneys for Defendant, K.S.

By: *Kevin C. Corriston /s/*
Kevin C. Corriston, Esq.
Breslin and Breslin, P.A.
41 Main Street
Hackensack, NJ 07601
Tel: 201.342.4014
Fax: 201.342.0068
Email: Kcorriston@breslinandbreslin.com

Dated: April 2, 2025