**HERBERT & WEISS, LLP**
HELENE C. HERBERT - Attorney ID: 020701994
162 Engle Street
Englewood, NJ 07631
Phone: (201) 440-6300
Fax: (201) 440-6304
Email: HHerbert@HerbertandWeiss.com
*Attorney(s) for Defendant J.S.T.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| COURTNEY TAMAGNY<br>Plaintiff,<br><br>vs.<br><br>JOHN SCOTT TAMAGNY, et al<br><br>Defendants. | Honorable Susan D. Wigenton, U.S.D.J.<br>Honorable Cathy L. Waldor, U.S.M.J.<br><br>CIVIL ACTION NO. 2:25-0732<br>(SDW-CLW)<br><br>**NOTICE OF MOTION TO DISMISS**<br><br><u>Electronically Filed</u> |

     PLEASE TAKE NOTICE that on May 5, 2025, or at such date that the Court otherwise schedules same, the undersigned Helene C. Herbert, Esquire, on behalf of Defendant John Scott Tamagny, shall move before Honorable Susan D. Wigenton, U.S.D.J., in the United States Court House, Newark, New Jersey, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing Plaintiff's Complaint for failure to state a claim against Defendant John Scott Tamagny. In support of this Motion, the undersigned will rely upon the Certification of Counsel and Brief attached hereto.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed.R.Civ.P.78, unless timely opposition is filed.

A proposed form of Order is attached hereto.

Dated: April 4, 2025

Herbert & Weiss, LLP
Attorney for Defendant,
John Scott Tamagny

*Helene C. Herbert*

HELENE C. HERBERT, ESQ.