LAW OFFICES OF
# RUTA, SOULIOS & STRATIS LLP
COUNSELORS AT LAW

10-04 RIVER ROAD
FAIR LAWN, NEW JERSEY 07410

(201) 794-6200
FACSIMILE (201) 794-6300
WWW.LAWNYNJ.COM

JOSEPH A. RUTA
Member NY and NJ Bars

STEVEN A. SOULIOS
Member NY and NJ Bars

DEMETRIOS K. STRATIS
Member of NJ, PA, DC,
and US Supreme Court Bars

OF COUNSEL:
 MITCHELL LAPIDUS
 TING REISS
 DAVID ENGELDHARDT

OTHER OFFICES LOCATED AT:

211 EAST 43RD ST.
24TH FLOOR
NEW YORK, NY 10017

101 TOWN CENTER DRIVE
SUITE 111
WARREN, NJ 07059
(908) 769-4250

VIA ECF

May 2, 2025

Honorable Magistrate Judge Cathy L. Waldor
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Tamagny v DCPP et al
    Civil Action No. 2:25-cv-0732

Dear Judge Waldor:

Please be advised that this office represents the Plaintiff in the above matter. The Defendant Tamagny has filed a Motion to Dismiss and he, through counsel, has graciously consented to adjourn the Motion so that I may file opposition. This is Plaintiff's first request to adjourn this application. Accordingly, I would ask that the Motion be adjourned.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Demetrios K. Stratis*

Demetrios K. Stratis
DKS:dp

CC: All counsel of record, via eFile