MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
Attorney for Defendants, State of New Jersey, State of New Jersey Department of Children and Families, Division of Child Protection and Permanency, Bergen County Prosecutor's Office, Christine Norbut-Beyer and Joanna Holota

By:   Marvin L. Freeman
      Deputy Attorney General
      (609) 376-2440
      marvin.freeman@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| COURTNEY TAMAGNY AND JEANNE TAMAGNY,<br><br>Plaintiffs,<br><br>v.<br><br>DIVISION OF CHILD PROTECTION AND PERMANENCY, et al.,<br><br>Defendants. | Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br><br>Docket No.2:25-cv-00732<br>(SDW-CLW)<br><br>Electronically Filed<br><br>**ORDER** |

This matter having come before the Court by way of a motion to dismiss the amended complaint by Matthew J. Platkin, Attorney General of New Jersey, through Marvin L. Freeman, Deputy Attorney General, on behalf of Defendants, the State of New Jersey, State of New Jersey Department of Children and Families, Division of

Child Protection and Permanency, Bergen County Prosecutor's Office, Christine Norbut-Beyer and Joanna Holota ("Defendants"), and the Court having considered the papers submitted herein, and this matter being decided under Fed. R. Civ. P. 12(b) (1) and (6) and for good cause shown;

    **IT IS** on this _____ day of _____ 2025,

    **ORDERED** that the Defendants' Motion to Dismiss in Lieu of Answer is GRANTED; and

    **IT IS FURTHER ORDERED** that all claims against the Defendants are hereby dismissed with prejudice.

                                                                                                     _____
                                                                                                  Honorable Susan D. Wigenton, U.S.D.J.