MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
Attorney for Defendants, State of New Jersey, State of New Jersey Department of Children and Families, Division of Child Protection and Permanency, Bergen County Prosecutor's Office, Christine Norbut-Beyer and Joanna Holota

By: Marvin L. Freeman
Deputy Attorney General
(609) 376-2440
marvin.freeman@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| COURTNEY TAMAGNY AND JEANNE TAMAGNY,<br><br>Plaintiffs,<br><br>v.<br><br>DIVISION OF CHILD PROTECTION AND PERMANENCY, et al.,<br><br>Defendants. | Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br><br>Docket No.2:25-cv-00732 (SDW-CLW)<br><br>Electronically Filed<br><br>**CERTIFICATION OF SERVICE** |

I certify that, on May 27, 2025, I electronically filed via CM/ECF the following documents in the above-captioned matter with the Clerk of the Court:

1. Notice of Motion to Dismiss;

2. Letter-Brief;

3. Declaration of Counsel w/attached Exhibit

4. Proposed Order, and

5. Certification of Service

I further certify that on the above date, I caused the above documents to be served via CM/ECF upon the following counsel of record:

DEMETRIOUS K. STRATIS
Ruta, Soulios & Stratis, LLP
10-04 River Road
Fair Lawn, NJ 07410

Helene C. Herbert
HERBERT & WEISS, LLP
162 Engle Street
Englewood, NJ 07074

Kevin C. Corriston
BRESLIN AND BRESLIN
41 Main Street
Hackensack, NJ 07601

I certify that the foregoing statements by me are true. I understand that if any of the forgoing statements are willfully false, I may be subject to punishment.

By: s/ Marvin L. Freeman
Marvin L. Freeman
Deputy Attorney General

Dated: May 27, 2025