# HERBERT & WEISS, L.L.P.
## ATTORNEYS AT LAW

Hélène C. Herbert, Esq. ● Helayne M. Weiss, Esq.
_____

162 Engle Street
Englewood, NJ 07631

201-440-6300
Fax: 201-440-6304
www.HerbertandWeiss.com

June 3, 2025

VIA PACER
Honorable Susan D. Wigenton, U.J.S.C.
Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** Tamagny v. New Jersey Division of Child Protection and Permanency, et al
Civil Action No. 2:25-cv-00732-SDW-CLW

Dear Judge Wigenton and Judge Waldor:

    As Your Honors are aware, this office represents Defendant Tamagny in the above-referenced matter. Pursuant to Text Order of May 27, 2025 Defendant Tamagny's reply to Plaintiff's Opposition, (ECF No. [36]) was to be filed on or before June 3, 2025. Defendant Tamagny has reviewed Plaintiff's opposition and submits Plaintiff failed to meet the standard in their opposition pursuant to the Federal Rules of Civil Procedure. For these reasons, Defendant Tamagny will rely upon his thorough moving papers Before This Court.

    Thanking Your Honors for your continued courtesies.

Respectfully submitted,
HERBERT & WEISS, L.L.P.

Helene C. Herbert, Esq.
HCH/ll

cc: Defendant Tamagny (via email)
All Counsel of Records via eFiling