**LAW OFFICES OF**
**RUTA, SOULIOS & STRATIS LLP**
COUNSELORS AT LAW
_____

**10-04 RIVER ROAD**
**FAIR LAWN, NEW JERSEY 07410**

**(201) 794-6200**
**FACSIMILE (201) 794-6300**
WWW.LAWNYNJ.COM

JOSEPH A. RUTA
Member NY and NJ Bars

STEVEN A. SOULIOS
Member NY and NJ Bars

DEMETRIOS K. STRATIS
Member of NJ, PA, DC,
and US Supreme Court Bars
_____

OF COUNSEL:
  MITCHELL LAPIDUS
  TING REISS
  DAVID ENGELDHARDT

OTHER OFFICES LOCATED AT:

211 EAST 43RD ST.
24TH FLOOR
NEW YORK, NY 10017

101 TOWN CENTER DRIVE
SUITE 111
WARREN, NJ 07059
(908) 769-4250

VIA ECF

June 19, 2025

Honorable Magistrate Judge Cathy L. Waldor
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Tamagny v DCPP et al
      Civil Action No. 2:25-cv-0732

Dear Judge Waldor:

Please be advised that this office represents the Plaintiff in the above matter. The Defendants DCPP and Bergen County Prosecutor's Office and other individuals (State Defendants) have filed a dispositive Motion, a Motion to Dismiss, scheduled for Monday, July 7, 2025. This letter is to request an adjournment of that Motion pursuant to Rule 7.1. The reason for this request is that Counsel is scheduled for vacation that will otherwise prevent him from preparing an opposition. An adjournment is believed to be necessary to ensure a fair and just outcome in this matter on the merits.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Demetrios K. Stratis*

Demetrios K. Stratis
DKS:dp

CC:   All counsel of record, via eFile