LAW OFFICES OF
# RUTA, SOULIOS & STRATIS LLP
COUNSELORS AT LAW
_____

**JOSEPH A. RUTA**
Member NY and NJ Bars

**STEVEN A. SOULIOS**
Member NY and NJ Bars

**DEMETRIOS K. STRATIS**
Member of NJ, PA, DC,
and US Supreme Court Bars

_____

**OF COUNSEL:**
MITCHELL LAPIDUS
TING REISS
DAVID ENGELDHARDT

**10-04 RIVER ROAD**
**FAIR LAWN, NEW JERSEY 07410**

**(201) 794-6200**
**FACSIMILE (201) 794-6300**
**WWW.LAWNYNJ.COM**

OTHER OFFICES LOCATED AT:

211 EAST 43RD ST.
24TH FLOOR
NEW YORK, NY 10017

101 TOWN CENTER DRIVE
SUITE 111
WARREN, NJ 07059
(908) 769-4250

VIA ECF

July 3, 2025

Honorable Magistrate Judge Cathy L. Waldor
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:    Tamagny v DCPP et al
       Civil Action No. 2:25-cv-0732

Dear Judge Waldor:

Please be advised that this office represents the Plaintiff in the above matter. There is a Motion to Dismiss pending before the Court on July 21, 2025 necessitating a filing of my opposition by Monday, July 7, 2025. I have requested and obtained the consent of the moving party to adjourn the Motion one motion cycle to permit me to prepare the opposition for filing in a timely manner. Therefore, and with the consent of the moving party, it is respectfully requested that the Motion to Dismiss be adjourned to August 4, 2025.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Demetrios K. Stratis*

Demetrios K. Stratis
DKS:dp

CC:    All counsel of record, via eFile