**DEMETRIOS K. STRATIS, ESQ. (022391991)**
**Ruta, Soulios & Stratis, LLP**
10-04 River Road
Fair Lawn, New Jersey 07410
(201) 794-6200 / (201) 794-6300 Fax
Email:  dstratis@stratislaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY TAMAGNY AND JEANNE TAMAGNY | Hon. Susan D Wigenton, USDJ<br>Hon. Cathy L. Waldor, USMJ |
| Plaintiffs, | |
| -vs- | CASE NO.: 2:25-cv-00732 |
| DIVISION OF CHILD PROTECTION ET AL. | NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |
| Defendants | |

PLEASE TAKE NOTICE that on August 4. 2025 or at such time as the Court so designates, counsel for Plaintiffs in the above-matter shall move the Court for an Order granting Plaintiffs leave to file a Second Amended Complaint pursuant to Federal Rules of Civil Procedure, to add and identify a party Defendant who is an agent of the Defendant Bergen County Prosecutors Office.

PLEASE TAKE FURTHER NOTICE, that in support of the within motion, Plaintiffs shall rely upon the Certification of Demetrios K. Stratis, Esq., and the form of the Second Amended Complaint attached thereto, and the Brief submitted herewith.

PLEASE TAKE FURTHER NOTICE, that oral argument is not requested unless opposition is filed hereto.

DATED: July 9, 2025		Respectfully submitted,

                _s/ Demetrios K. Stratis_
Demetrios K. Stratis
RUTA, SOULIOS AND STRATIS, LLP
10-04 River Road
Fair Lawn, NJ  07410
Tele: (201) 794-6200; Fax: (201) 794-6300
    Email:  dstratis@stratislaw.com
    Attorneys for Plaintiffs