LAW OFFICES OF
# RUTA, SOULIOS & STRATIS LLP
COUNSELORS AT LAW

_____

**10-04 RIVER ROAD**
**FAIR LAWN, NEW JERSEY 07410**

**(201) 794-6200**
**FACSIMILE (201) 794-6300**
**WWW.LAWNYNJ.COM**

JOSEPH A. RUTA
  Member NY and NJ Bars

STEVEN A. SOULIOS
  Member NY and NJ Bars

DEMETRIOS K. STRATIS
  Member of NJ, PA, DC,
  and US Supreme Court Bars

_____

OF COUNSEL:
  MITCHELL LAPIDUS
  TING REISS
  DAVID ENGELDHARDT

OTHER OFFICES LOCATED AT:

211 EAST 43RD ST.
24TH FLOOR
NEW YORK, NY 10017

101 TOWN CENTER DRIVE
SUITE 111
WARREN, NJ 07059
(908) 769-4250

---

VIA ECF

September 23, 2025

Honorable Magistrate Judge Cari Fais
United States District Court
Frank R. Lautenberg U.S. Post Office and Courthouse
Newark, NJ 07101

    Re:    Tamagny v DCPP et al
             Civil Action No. 2:25-cv-0732

Dear Judge Fais:

Please be advised that this office represents the Plaintiffs in the above matter. There is a Motion to Dismiss pending before the Court on July 21, 2025 necessitating a filing of my opposition by Monday, October 6, 2025. I have requested and obtained the consent of the moving party to adjourn the Motion one motion cycle because of an ongoing family medical emergency. Therefore, and with the consent of the moving party, it is respectfully requested that the Motion to Dismiss be adjourned to October 20, 2025.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Demetrios K. Stratis*

Demetrios K. Stratis
DKS:dp

    CC:    All counsel of record, via eFile