LAW OFFICES OF
## RUTA, SOULIOS & STRATIS LLP
COUNSELORS AT LAW

**10-04 RIVER ROAD**
**FAIR LAWN, NEW JERSEY 07410**

**(201) 794-6200**
**FACSIMILE (201) 794-6300**
WWW.LAWNYNJ.COM

**JOSEPH A. RUTA**
Member NY and NJ Bars

**STEVEN A. SOULIOS**
Member NY and NJ Bars

**DEMETRIOS K. STRATIS**
Member of NJ, PA, DC,
and US Supreme Court Bars

_____
**OF COUNSEL:**
  MITCHELL LAPIDUS
  TING REISS
  DAVID ENGELDHARDT

OTHER OFFICES LOCATED AT:

211 EAST 43RD ST.
24TH FLOOR
NEW YORK, NY 10017

101 TOWN CENTER DRIVE
SUITE 111
WARREN, NJ 07059
(908) 769-4250

VIA ECF

October 9, 2025

Honorable Magistrate Judge Cari Fais
United States District Court
Frank R. Lautenberg U.S. Post Office and Courthouse
Newark, NJ 07101

Re:   Tamagny v DCPP et al
      Civil Action No. 2:25-cv-0732

Dear Judge Fais:

Please be advised that this office represents the Plaintiffs in the above matter. There are two Motions pending before the Court -- a Motion to Dismiss the Second Amended Complaint (ECF Docket Number 61) filed by the State Defendants and a Motion for Leave to file an Amended Counterclaim (ECF Docket Number 63) filed by Defendant Slevin. Both are scheduled to be heard on October 22, 2025. Due to an ongoing urgent family medical situation, I am in need of requesting an adjournment of both Motions. I have requested the consent of both moving parties. I have heard back from the State Defendants who have graciously consented to my request but have not heard back from the other Defendant as of the writing of this letter.

As such, I am respectfully requesting that both Motions, the Motion to Dismiss the Second Amended Complaint (ECF Docket Number 61) and the Motion for Leave to file an Amended Counterclaim (ECF Docket Number 63), be adjourned until November 17, 2025 so that I can tend to this personal medical health crisis.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Demetrios K. Stratis*

Demetrios K. Stratis
DKS:dp

CC: All counsel of record, via eFile