**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY TAMAGNY, JEANNE TAMAGNY, <br><br> Plaintiffs, <br><br> v. <br><br> DIVISION OF CHILD PROTECTION AND PERMANENCY, *et al.*, <br><br> Defendants. | Civil Action No. 25-732 (SDW) (CF) <br><br> **ORDER** <br><br> November 24, 2025 |

**WIGENTON, District Judge.**

**THIS MATTER** having come before this Court upon Defendant John Scott Tamagny's ("Defendant") Motion to Dismiss (D.E. 30 ("Motion")) Plaintiffs Courtney and Jeanne Tamagny's First Amended Complaint[1] pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated November 24, 2025,

**IT IS**, on this 24th day of November 2025,

**ORDERED** that Defendant John Scott Tamagny's Motion is **GRANTED in part and DENIED in large part**. Count II is **DISMISSED**; Counts V through XII remain. Plaintiffs shall have thirty (30) days to amend their complaint.

**SO ORDERED.**

---

[1] As discussed in this Court's Opinion, the Second Amended Complaint (D.E. 47) is considered the operative pleading notwithstanding the fact that Defendant moved to dismiss the First Amended Complaint.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:    Parties
       Cari Fais, U.S.M.J.