LAW OFFICES OF
# RUTA, SOULIOS & STRATIS LLP
COUNSELORS AT LAW
_____

**JOSEPH A. RUTA**
Member NY and NJ Bars

**STEVEN A. SOULIOS**
Member NY and NJ Bars

**DEMETRIOS K. STRATIS**
Member of NJ, PA, DC,
and US Supreme Court Bars
_____

OF COUNSEL:
  MITCHELL LAPIDUS
  TING REISS
  DAVID ENGELDHARDT

**10-04 RIVER ROAD**
**FAIR LAWN, NEW JERSEY 07410**

**(201) 794-6200**
**FACSIMILE (201) 794-6300**
**WWW.LAWNYNJ.COM**

OTHER OFFICES LOCATED AT:

211 EAST 43RD ST.
24TH FLOOR
NEW YORK, NY 10017

101 TOWN CENTER DRIVE
SUITE 111
WARREN, NJ 07059
(908) 769-4250

VIA ECF

April 20, 2026

Honorable Judge Susan D. Wigenton, USDJ
United States District Court
Frank R. Lautenberg U.S. Post Office and Courthouse
Newark, NJ 07101

Re:    Tamagny v DCPP et al
       Civil Action No. 2:25-cv-0732

Dear Judge Wigenton:

Please be advised that this office represents the Plaintiffs in the above matter.  With respect to document 76, Your Honor granted Plaintiffs thirty (30) days to amend their complaint.  That time period is set to expire on Wednesday, April 22, 2026.

I am respectfully requesting that the Court grant me an additional thirty (30) days to do so as due to both personal and professional emergencies, I was unable to tend to this matter.  (The personal emergency included a family member in the Intensive Care Unit and emergency surgery.)  As such, I am respectfully requesting that I be granted the additional time to cure the deficiencies in the Plaintiffs' pleading.  Kindly advise if a Motion is preferred.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Demetrios K. Stratis*

Demetrios K. Stratis
DKS:dp

CC:    All counsel of record, via eFile